804

March 19, 1970

Commonwealth *v.* Barnes, Appellant.

Submitted December 9, 1969. *Ellen E. Mosen* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Richard Max Bockol* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Davis, Appellant.

Submitted December 11, 1969. *Edward F. Kane,* Assistant Public Defender, for appellant; *Richard A. Devlin* and *Stewart J. Greenleaf,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.